**Dismissed and Opinion Filed September 9, 2021**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-00691-CV**

**SANDRA CRENSHAW, Appellant**

**V.**

**BONNIE BARRETT, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-02267-D**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Carlyle

Appellant, a vexatious litigant subject to a prefiling order, filed this appeal without an order from the local administrative judge granting permission to appeal. *See* TEX. CIV. PRAC. & REM. CODE §§ 11.101, 11.102. Accordingly, we directed appellant to file a copy of the order granting permission. *See id.* § 11.1035(b). Although we cautioned appellant that failure to comply within ten days would result in dismissal of the appeal without further notice, more than ten days have passed and

appellant has not responded. *See id.* The appeal, and all pending motions, are therefore dismissed. *See id.*

210691f.p05

/Cory L. Carlyle//
CORY L. CARLYLE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

SANDRA CRENSHAW, Appellant

No. 05-21-00691-CV     V.

BONNIE BARRETT, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-21-02267-D.
Opinion delivered by Justice Carlyle, Justices Schenck and Reichek participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 9th day of September, 2021.